UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILDRED PARRILLO,<br><br>    Plaintiff,<br><br>v.<br><br>EPISOURCE, LLC,<br><br>    Defendant. | Case No. 2:25-cv-05504-SB-MBK<br><br>ORDER TO SHOW CAUSE RE SUBJECT-MATTER JURISDICTION |

    Federal courts have subject-matter jurisdiction only over matters authorized by the Constitution and Congress.  *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 377 (1994).  This Court has a duty to assess whether federal subject-matter jurisdiction exists and may consider the issue sua sponte at any stage of the proceedings.  *Allstate Ins. Co. v. Hughes*, 358 F.3d 1089, 1093 (9th Cir. 2004); *see also Ruhrgas AG v. Marathon Oil Co.*, 526 U.S. 574, 583 (1999) (recognizing that "Article III generally requires a federal court to satisfy itself of its jurisdiction over the subject matter before it considers the merits of a case").

    Plaintiff invokes federal jurisdiction under the Class Action Fairness Act (CAFA).  CAFA provides that federal courts have subject-matter jurisdiction over class actions in which the amount in controversy exceeds $5 million and any member of the class is a citizen of a state different from any defendant.  28 U.S.C. § 1332(d)(2).

    In her complaint, Plaintiff states that Defendant is a California limited liability company with its principal place of business in California.  Dkt. No. 1 ¶ 17.  However, the citizenship of a limited liability company is determined by the citizenship of each of its members.  *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).  Plaintiff has not provided any information about the identity or citizenship of Defendant's members.  Without such information, the Court is unable to determine whether jurisdiction is proper.

1

2

      Plaintiff is ORDERED to show cause, in writing, by no later than June 27, 2025, whether the Court has jurisdiction over this case by demonstrating Defendant's citizenship.  *Failure to timely comply will result in dismissal for lack of jurisdiction.*

Date: June 23, 2025                                   _____
                                                                    Stanley Blumenfeld, Jr.
                                                               United States District Judge